IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHONE EDWARD HANDSHAW | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No.1:14v304 JCG |
| | § | |
| RICHARD HILLIARD & | § | DEFENDANTS |
| BRANDON FRANOVICH | § | |

## FINAL JUDGMENT

In accord with the Memorandum Opinion and Order granting Defendant's Motion to Dismiss, or alternatively for Summary Judgment entered this day, final judgment is hereby entered pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion [38] to Dismiss, or in the alternative, for Summary Judgment filed by Richard Hilliard and Brandon Franovich is **GRANTED**, and the above captioned civil action is dismissed.

**SO ORDERED** this the 4th day of September, 2015.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE